| | |
|---|---|
| **DE CASTRO LAW GROUP, P.C.**<br>José-Manuel A. de Castro (SBN 213769)<br>jmdecastro@decastrolawgroup.com<br>7590 N. Glenoaks Blvd., Suite 201<br>Los Angeles, CA 91504<br>Telephone: (310) 270-9877<br>Facsimile: (310) 341-2330<br><br>**OTTERBOURG P.C.**<br>Adam C. Silverstein (*pro hac vice*)<br>Gabriela S. Leon (*pro hac vice*)<br>asilverstein@otterbourg.com<br>GLeon@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 905-3628<br><br>*Attorneys for Plaintiff Iraj Parvizi* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Harry A. Olivar, Jr. (SBN 143089)<br>harryolivar@quinnemanuel.com<br>Alyssa G. Olson (SBN 305705)<br>alyolson@quinnemanuel.com<br>Korinna S. Anderson (SBN 335508)<br>korinnaanderson@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100<br><br>*Attorneys for Defendant Create Music Group, Inc.* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Iraj Parvizi,<br><br>              Plaintiff,<br><br>       vs.<br><br>Create Music Group, Inc.,<br><br>              Defendant.<br><br>Create Music Group, Inc.,<br><br>              Counterclaimant,<br><br>       vs.<br><br>Iraj Parvizi,<br><br>              Counterdefendant. | Case No.  2:20-cv-09059 JAK (MRWx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>District Judge: Hon. John A. Kronstadt<br>Magistrate Judge: Hon. Michael R. Wilner |

Case No.  2:20-cv-09059 JAK (MRWx)

JOINT NOTICE OF SETTLEMENT

# JOINT NOTICE OF SETTLEMENT

Plaintiff/Counterdefandant Iraj Parvizi and Defendant/Counterclaimant Create Music Group, Inc. ("CMG") (collectively, the "Parties") by and through their respective counsel, advise the Court that:

1. After a court-ordered mediation on October 4, 2021, the Parties reached a settlement to resolve all claims between Mr. Parvizi and CMG in this action on October 6, 2021. The Parties intend to work to document the settlement within the next two weeks.

2. Within 30 days after execution of the final settlement agreement, Mr. Parvizi will take steps to dismiss with prejudice his claims against CMG and CMG will take steps to dismiss with prejudice its claims against Mr. Parvizi.

3. Accordingly, in an effort to avoid unnecessary hearings while the Parties work to execute the Settlement Agreement and perform their obligations thereunder, the Parties respectfully request that: (1) the hearing on Mr. Parvizi's Motion to Amend Complaint (Dkt. 48), scheduled for November 22, 2021 be vacated; (2) the hearing on CMG's Motion for Judgment on the Pleadings (Dkt. 51), scheduled for December 6, 2021 be vacated and that all pending briefing deadlines concerning the Motion be stayed; (3) the hearing on Mr. Parvizi's Motion to Disqualify (Dkt. 52), scheduled for December 6, 2021 be vacated, and that all pending briefing deadlines concerning the Motion be stayed; (4) the Court's post-mediation status conference scheduled for October 25, 2021 be rescheduled for December 6, 2021 (or any date thereafter) and vacated upon the Parties' anticipated filing of their respective Stipulations of Dismissal on or before November 30, 2021; and (5) all other deadlines be stayed pending filing of the dismissals.

1  The filer hereof attests that all signatories listed, and on whose behalf the
2  filing is submitted, concur in the filing's content and have authorized the filing.

4  Dated: October 6, 2021           **DE CASTRO LAW GROUP, P.C.**

5                          By:     */s/ José-Manuel A. de Castro*
                                   _____
6                                  José-Manuel A. de Castro
7                                  Attorneys for Plaintiff Iraj Parvizi

8  Dated: October 6, 2021           **QUINN EMANUEL URQUHART**
                                    **& SULLIVAN LLP**
9
10                         By:     /s/ *Harry A. Olivar, Jr.*
                                   _____
11                                 Harry A. Olivar, Jr.
                                   Attorneys for Defendant Create Music
12                                 Group, Inc.