|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   |     |
| 9   |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Iraj Parvizi, | No. 2:20-cv-09059 JAK (MRWx) |
| --- | --- |
| Plaintiff, | **ORDER RE JOINT STIPULATION RE: SETTLEMENT (DKT. 71)** |
| vs. | |
| Create Music Group, Inc., | |
| Defendant. | |
| Create Music Group, Inc., | |
| Counterclaimant, | |
| vs. | |
| Iraj Parvizi, | |
| Counterdefendant. | |

Based on a review of the Joint Stipulation Re: Settlement (the "Stipulation" (Dkt. 71)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

1. The hearing on Mr. Parvizi's Motion to Amend Complaint (Dkt. 48), scheduled for November 22, 2021, is vacated;

2. The hearing on CMG's Motion for Judgment on the Pleadings (Dkt. 51), scheduled for December 6, 2021, is vacated and all briefing deadlines concerning the Motion are stayed;

3. The hearing on Mr. Parvizi's Motion to Disqualify (Dkt. 52), scheduled for December 6, 2021, is vacated and all pending briefing deadlines concerning the Motion are stayed;

4. The Court's post-mediation status conference scheduled for October 25, 2021 is rescheduled for December 6, 2021, and will be vacated if the Parties file their respective, anticipated Stipulations of Dismissal on or before November 30, 2021; and

5. All other deadlines are taken off calendar pending filing of the Stipulations of Dismissal.

**IT IS SO ORDERED.**

DATED: October 13, 2021

John A. Kronstadt
United States District Judge