UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Iraj Parvizi,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Create Music Group, Inc.,<br><br>　　　　Defendant. | No.  2:20-cv-09059 JAK (MRWx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**JS-6** |
| Create Music Group, Inc.,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>Iraj Parvizi,<br><br>Counterdefendant. | |

Based on a review of the Joint Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 73)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. All claims and counterclaims asserted in this action are hereby dismissed with prejudice based on a confidential settlement agreement between the parties. Each party shall bear their own costs and attorneys' fees. The Court retains jurisdiction to enforce terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: November 18, 2021

_____
John A. Kronstadt
United States District Judge